Insurance Carrier, Appellant, Impleaded with EMPIRE CONSTRUCTION COMPANY, Employer.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of EDWARD O'SHAUGHNESSY, Respondent, for Compensation under the Workmen's Compensation Law, v. TRAVELERS INSURANCE COMPANY, Insurance Carrier, Appellant, Impleaded with EMPIRE CONSTRUCTION COMPANY, Employer.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of SPERANZA FAGNANI, Respondent, for Compensation under the Workmen's Compensation Law for the Death of JOSEPH FAGNANI, v. TRAVELERS INSURANCE COMPANY, Insurance Carrier, Appellant, Impleaded with EMPIRE CONSTRUCTION COMPANY, Employer.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by BEULAH NOLAN and Minor Child, Respondents, for the Death of GEORGE NOLAN, v. GEORGE F. SHEVLIN MANUFACTURING COMPANY, Appellant; STANDARD ACCIDENT INSURANCE COMPANY, Respondent, and ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE COMPANY, LIMITED, Appellant, Insurance Carriers.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by MRS. CAROLINA SASSANO, Widow, Respondent, on Behalf of Herself and Infant Children on Account of the Death of MICHAEL SASSANO, Deceased, v. ANGELO PAINO, Employer, and UNITED STATES FIDELITY AND GUARANTY COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of WILLIAM A. BROWN, Respondent, for Compensation under the Workmen's Compensation Law, v. JOHN D. PARSONS, Employer, and LONDON GUARANTEE AND ACCIDENT COMPANY, LTD., Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claims of GEORGE W. SWART and JANE SWART, Respondents, for Compensation under the Workmen's Compensation Law for the Injury and Death of GEORGE W. SWART, v. TOWN OF SHELBY, Employer, and THE TRAVELERS INSURANCE COMPANY, Appellants.— Awards unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by TIMOTHY KIRBY, Respondent, v. ERIE RAILROAD COMPANY, Employer and Self-Insurer, Appellant.— Award unanimously affirmed.

In the Matter of the Final Judicial Settlement of the Accounts of MORRIS DEY, as Executor, etc., of JAY HARE, Deceased, Appellant. NICHOLAS FLEIG, Respondent.— Decree modified by striking therefrom the provision as to costs, and as so modified affirmed, with costs. All concurred, except Cochrane, J., who dissented and voted for affirmance.